STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL FLOYD MERRILL,
*Appellant.*

(DA461348-9202; CA A76575)

855 P2d 666

Wayne Mackeson, Portland, argued the cause for appellant. With him on the brief was Des Connall, P.C., Portland.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Amy E. Alpaugh, Assistant Attorney General, Salem.

Before Rossman, Presiding Judge, and Richardson, Chief Judge, and Leeson, Judge.

PER CURIAM

Affirmed. *State v. Rode,* 118 Or App 665, 848 P2d 1232 (1993).